## Commonwealth *v.* Horsey, Appellant.

Submitted September 10, 1973. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson* and *David*

*Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.